UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRI FENNIMORE,<br><br>    Plaintiff,<br><br>v.<br><br>PARTYLITE GIFTS, INC. and PARTYLITE WORLDWIDE, LLC,<br><br>    Defendants. | Civil Action No. 19-15176 (FLW)<br><br>**ORDER** |

  **THIS MATTER** having been opened to the Court on a motion for summary judgment filed by Danielle E. Acocella, Esq., counsel for Defendants, PartyLite Gifts, Inc. and PartyLite Worldwide, LLC ("Defendants" or "PartyLite"), pursuant to Fed. R. Civ. P. 56(a); it appearing that Richard M. Schall, Esq. and Patricia A. Barasch, Esq., counsel for Plaintiff, Terri Fennimore ("Plaintiff"), opposed Defendants' motion; the Court having considered the parties' submissions without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

  **IT IS** on this 17th day of August, 2021,

  **ORDERED** that Defendants' motion for summary judgment is **GRANTED**, and therefore, Plaintiff's claims in Count I for age discrimination in violation of the New Jersey Law Against Discrimination, N.J.S.A. § 10:5-3, *et seq.*, and breach of implied contract in Count II are dismissed with prejudice; and it is further

2

  **ORDERED** that the Clerk of the Court is directed to mark this matter as closed on the Court's docket.

 /s/ Freda L. Wolfson  
 Hon. Freda L. Wolfson  
 U.S. Chief District Judge